Date: 12/16/09　　　　　　　　**DIVIDENDS REMITTED TO THE COURT**　　　　　　　　Page:

Check Number 3007 Dated 12/16/09

Case Number 07-33627 - TOTH, RACHEL MARIE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK NJ 07193-5480 | 000004 | 129.99 | 4.47 |
| ---------- Remittance Total ---------------- | | 129.99 | 4.47 |

*[signature]*

DOUGLAS A. DYMARKOWSKI, Trustee

*FILED 2009 DEC 23 PM 3:51 — CLERK US BANKRUPTCY COURT TOLEDO, OHIO*

handwritten: v# 3007　#12819l